UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE M. BREWINGTON
PLAINTIFF(S)



V.

CIVIL ACTION

NO.  02676

NO.  03-1510

KRIS GROTELUESCHEN,
AUBREY O. FRANCOIS
DEFENDANT(S)

## COMPLAINT

### Parties

1. The plaintiff, Jacqueline M. Brewington is the owner of 25 BODWELL STREET, DORCHESTER, BOSTON, MASSACHUSETTS, 02125. and a citizen of the United States. I, Jacqueline M. Brewington was force out of my home by the defendants, so I now reside(s) at 149 Chestnut St. Apt#3. Chelsea, Mass. 02150.

2. The defendant Aubrey O. Francois is a resident in my home at 25 Bodwell St. Dorch, Boston, Mass. 02125. and a citizen of the United States.

3. The defendant Kris Grotelueschen is a resident in my home at 25 Bodwell St. Dorch, Boston, Mass. 02125. and a citizen of the United States.

### Jurisdiction

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

### Facts

5. In September of 2001, I, Jacqueline M. Brewington drove to my home to check on my home and the defendant, Kris Grotelueschen was coming out of my home with some boxes. I, Jacqueline ask the defendant what was she doing in my home and the defendant told me that she live there and I did not live there anymore. So I ask the defendant her name and she would not tell me her name but she ask me for my name and I told her I' am Jacqueline and that is my home and that I want her to leave my home as soon as possible and the defendant turn and walk away from me as if she did not care about what

Facts

5. I was saying to her. for a while the defendants was sneaking in and out of my home. So I, Jacqueline M. Brewington went to the police department and told the policewoman that was on duty that there are some people in my home and they will not stay out of my home and the policewoman told me to go back to my home and she will sent a policeman to the house the defendants Kris and Aubrey O. Francois was in my home so the policeman ring my bell and the defendants open my door and the policeman and I walk in the hallway of my home and the policeman ask the defendants what was they doing in my home and the defendants claims that they had brought my home and told me that the co-defendant James D. Hill gave them my piano with the house. The defendants Kris told me that I could have my piano while I was with the policeman and I told the defendant Kris that the piano live there she is the one that don't live there and I wanted them out of my home. The defendant Kris Grotelueschen was showing the policeman a bad title to my home as proof that she brought my home. I have a police report that states there are un-known people in my home.
The defendants was telling me that I did not live in my home anymore and that I better not come to my home anymore so that is when I call some lawyers and they was telling me to go to the policeman station and take my deed with my mother name on it to my home and I did.

6. The plaintiff, Jacqueline M. Brewington states that she went and hire the Constable, City of Boston a second time because the defendants, Kris Grotelueschen and Aubrey O. Francois was not taking me seriously, once the defendants, Kris and Aubrey O. Francois was serve by the constable the defendants ran downtown to the Superior Courthouse and took out an complaint on me telling the court that they owned my home with their bad title and the judge had me summon in to court when I the plaintiff, arrive to the courthouse the judge was threatening me telling me not to take the polices to my home anymore and for me not to send the constable to my home or I will get in a lot of trouble and this is what that judge told me to my face in front of the defendants, Kris and Aubrey O. Francois. The defendants, Kris and Aubrey O. Francois was trying to act like they did not know the co-defendants, Donald E. Green and Annette Hill Green but they did know the defendant, James D. Hill it was like everybody was hinding behind James D. Hill all along even the judges that was in on taking my home from me.

7. The plaintiff, Jacqueline M. Brewingto states do to the fact that the polices did not take me seriously the defendants, was able to put all types of restraining order on me just as the co-defendants, Donald E. Green and Annette Hill Green, et al. have been doing to me in the pass.

over

Facts

7. The plaintiff, Jacqueline M. Brewington states that the defendants, Kris and Aubrey O' Francois has been using my deceased mother name and credit all while they are in my home living and posing as me the plaintiff, Jacqueline M. Brewington and I was homeless for the time the defendats was acting like my home is their.

8. The plaintiff, Jacqueline M. Brewington states the relief that she is seeking.

9. WHEREFORE, the plaintiff demands judgment against the defendants for damages and such other relief as this Court deems just.

   The plaintiff, Jacqueline M. Brewington would like for the Court to give me a Court appointed attorney that will be honest and not use me for the defendants as was in the pass.

   The plaintiff, Jacqueline M. Brewington demands that the defendants, Kris and Aubrey O. Francois do not do anymore alterations to my home and property.

   The plaintiff, Jacqueline M. Brewington demands that the defendants, Kris and Aubrey O. Francois do all the repairs and paint both of my porch.

   The plaintiff, Jacqueline M. Brewington demands that the defendants, Kris and Aubrey O. Francois repairs all the pot holes that are around my property.

   The plaintiff, Jacqueline M. Brewington demands that the defendants, Kris and Aubrey O. Francois do not remove my piano from my home.

   The plaintiff, Jacqueline M. Brewington demands that the defendants, Kris and Aubrey O. Francois replace all damaged appliances in my kitchen, for example the new refrigerator and stove in my kitchen.

   The plaintiff, Jacqueline M. Brewington demands that the defendants, Kris and Aubrey O. Francois pays all the bills accrued thus far.

   The plaintiff, Jacqueline M. Brewington demands that the defendants, Kris and Aubrey O. Francois pay the plaintiff, Jacqueline M. Brewington in the sum $ 175,000 dollars.

   The plaintiff, Jacqueline M. Brewington demands that the defendants, Kris and Aubrey O. Francois be removed from my home and property at once.

   The plaintiff, Jacqueline M. Brewington demands a trial by jury.

Respectfully, Submitted.

Signature: *Jacqueline M. Brewington*

Name: JACQUELINE M. BREWINGTON

Address: 149 Chestnut St. Apt#3
Boston, Massachusetts, 02150.

Telephone# 1-617-884-4334

Date: _____