UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE M. BREWINGTON,
   Plaintiff,

  v.                Civil Action No.  04-10598-MEL

NANCY COLEMAN,
   Defendant.

---

JACQUELINE M. BREWINGTON,
   Plaintiff,

  v.                Civil Action No.  04-10609-MEL

KRIS GROTELUESCHEN
and AUBREY O. FRANCOIS,
   Defendant.


### ORDER OF DISMISSAL

LASKER, D.J.

  In accordance with this Court's order dated March 31, 2004, it is ORDERED that the within actions be and are hereby dismissed.

                  By the Court,


                  s/ Linn A. Weissman
                  Deputy Clerk


Date April 1, 2004


(noticeofdismissal.wpd - 12/98)                   [odism.]